# IN THE UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

In re:  )
**ANDREA HOWELL,**  )  CASE NO.: **19-45665-399**
  )
  )  Chapter **13**
Debtor.  )
  )  Response Due: **10/07/2021**

## DEBTOR'S RESPONSE TO TRUSTEE'S MOTION TO DISMISS
## FOR FAILURE TO MAKE PLAN PAYMENTS AND NOTICE

COMES NOW Debtor, by and through her attorney, and for her Answer to Trustee's Motion to Dismiss for Failure to Make Plan Payments, states as follow:

1. Debtor admits the allegations of Paragraph 1.

2. Debtor admits the allegations of Paragraph 2.

3. Debtor denies the allegations of Paragraph 3.

4. Debtor denies the allegations of Paragraph 4.

5. Debtor denies the allegations of Paragraph 5.

WHEREFORE, Debtor requests the Court to deny the motion, set it for hearing, and to make any other orders which the Court may find to be just.

Respectfully submitted,

Timothy P. Powderly


  /s/ *Timothy P. Powderly*
Timothy P. Powderly, #64092
11965 St. Charles Rock Rd., Suite. 202
Bridgeton, MO  63044
Tel: 314-770-9890 / Fax: 314-739-1355
Tim@Powderlylaw.com
ATTORNEY FOR DEBTOR

## CERTIFICATE OF SERVICE

        The undersigned hereby certifies that a copy of the foregoing was served upon the following electronically through the CM/ECF system of the court on September 17, 2021 to:

Diana S. Daugherty
standing_trustee@ch13stl.com, trust33@ch13stl.com

                                        /s/ *Timothy P. Powderly*
                                        Timothy P. Powderly, #64092
                                        11965 St. Charles Rock Rd., Suite. 202
                                        Bridgeton, MO 63044
                                        Tel: 314-770-9890 / Fax: 314-739-1355
                                        Tim@Powderlylaw.com
                                        ATTORNEY FOR DEBTOR